IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN C. HEATON, ) | |
| ) | |
| Plaintiff, ) | 8:06cv2 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

The Clerk's Office has requested that Document Number 18 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 18 from the record.

DATED this 5th day of July, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge