IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN C. HEATON, | ) | CASE NO. 8:06CV2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| UNITED STATES POSTAL SERVICE POSTMASTER GENERAL, A/K/A JOHN POTTER, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Notice of parties' Consent to Exercise of Jurisdiction by a United States Magistrate Judge (Filing No. 27). The Court has reviewed the consent form, and I find that it complies with Federal Rule of Civil Procedure 73, in that the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit. Fed. R. Civ. P. 73(c).

IT IS ORDERED:

The parties' Notice of Consent (Filing No. 27) is approved, and this case is hereby referred to the Honorable F.A. Gossett, III, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 and the voluntary consent of the parties.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge