IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN C. HEATON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV2 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | SCHEDULING ORDER |
| Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court on plaintiff's jury demand. (Filing No. 25). The parties came before this court on January 5, 2007 for a Rule 16 planning conference. During this conference, plaintiff indicated that in a filing with this court he had requested a jury trial. A review of the record indicates that plaintiff requested a jury trial in the parties' Rule 26(f) report filed on September 13, 2006.

    Plaintiff's jury demand was not technically timely under Fed. R. Civ. P. 38; furthermore, it is not clear that plaintiff is entitled to a jury trial in this case against the United States. In order to clarify the record on this point,

    **IT IS ORDERED** that the parties shall advise the court by **January 26, 2007** regarding their positions on plaintiff's jury demand.

    DATED this 5th day of January, 2007.

                                                             BY THE COURT:

                                                             s/ F.A. Gossett
                                                              United States Magistrate Judge