IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN C. HEATON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:06CV2 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | MEMORANDUM AND ORDER |
| Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's Motion for a Protective Order (Filing No. 45), and plaintiff's Motion for Denial of Defendant's Request for a Protective Order (Filing No. 48).

In the defendant's motion it requests that the Court enter a protective order directing that documents produced by the United States Postal Service Inspection Service, regarding Postal Service Inspector's investigations on other Postal Service employees, be protected from further disclosure in this case. Defendant argues that some of the information relating to the United States Postal Service Inspection Service investigations may include personal information of postal service employees, and that disclosure of such information could violate the Privacy Act, 5 U.S.C. § 552(a). Plaintiff counters that "the legitimate privacy issues before this Court are already protected by law and require no protective order."

The court disagrees with plaintiff and will grant defendant's motion for good cause shown. It is common for parties to lawsuits to request Protective Orders to maintain the privacy of documents made available during the course of discovery. *See* Fed. R. Civ. P. 26(c).

IT IS ORDERED:

1. Defendant's Motion for Protective Order (Filing No. 45) is granted;

2. Plaintiff's Motion for Denial of Defendant's Request for a Protective Order. (Filing No. 48) is denied;

3. Documents contained within the investigative files of the United States Postal Service Inspection Service regarding other Postal Service employees that are relevant to disputed facts related to Plaintiff's claims of discrimination, shall be protected from further disclosure by Plaintiff in this case.

4. Plaintiff shall treat the information as confidential, and shall not disclose the information or use the information for any purpose, without further order of the Court.

DATED this 7th day of March, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge