IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN C. HEATON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV2 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | ORDER |
| Postmaster General, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the plaintiff's Motion for Leave to Amend. (Filing No. 53). It appears that plaintiff is requesting leave to amend his amended complaint due to deficiencies in two paragraphs. Defendant has not objected to the motion, and the court does not see a significant difference in the amended document, therefore, the plaintiff's motion is granted.

IT IS ORDERED:

1. That the plaintiff's Motion for Leave to Amend (Filing No. 53) is granted;

2. Filing No. 32 the plaintiff's amended complaint is amended as set forth in Filing No. 53;

3. The Clerk of Court is directed to send a copy of this Memorandum and Order to the plaintiff at his last known address.

DATED this 15th day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge